# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 25-03001-01-CR-S-MDH |
| ) | |
| HUGO RICARDO HUACUZ, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Counts One, Two, Three, Four and Five of the Information and admitted to the Forfeiture Allegation filed on February 20, 2025. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by a factual basis for each of the essential elements of the offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: February 20, 2024      /s/ David P. Rush
                                               DAVID P. RUSH
                                               UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).