*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**        Date: October 2, 2025

vs.        Case No. 25-3001-01-CR-S-MDH

**HUGO HUACUZ**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 1:35 p.m.**        **Time Terminated: 2:25 p.m.**

APPEARANCES

**Plaintiff: Randy Eggert, AUSA**        **Defendant:** Russell Schenewerk

**Proceedings:** Parties appear as indicated, dft in person. No objection to the PSI. Lisa Marshall addresses the Court. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 30 months on Counts 1, 2, 3 and 4 to run concurrent and 24 months on Count 5 to run consecutive to Counts 1-4 for a total term of imprisonment of 54 months; followed by 3 years Supervised Release on Counts 1, 2, 3 and 4 and 1 year on Count 5 all counts to run concurrent. Fine imposed in the amount of $10,000 . $500 MPA. Restitution imposed in the amount of $354,396.19 – Gov't will prepare a restitution judgment. Special conditions of supervised release imposed-mandatory drug testing waived. Preliminary order of forfeiture is finalized and imposed. Dft advised of right to appeal. Dft shall self-surrender by 11/13/25. Dft remanded to custody.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Hannah Allhands**